

YAAKOV SAKS▲*
JUDAH STEIN▲
RAPHAEL DEUTSCH ^
RACHEL DRAKE ▪
DAVID FORCE ▲

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

**STEIN | SAKS, PLLC**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 19 2019

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

December 18, 2019

**Via CM/ECF**
The Honorable George B. Daniels
United States District Court
Southern District of New York

DEC 19 2019

SO ORDERED
The initial conference is adjourned from December 18, 2019 to February 19, 2020 at 9:30 a.m.

HON. GEORGE B. DANIELS

Re: **Reid vs AC&CG LLC**
**Case #: 1:19-cv-07363-GBD**

Dear Judge Daniels:

We represent the plaintiff in the above matter. We write to respectfully request that the initial conference currently scheduled for December 18, 2019 at 9:30am be adjourned. The Defendant is in default and has not made contact at all with Plaintiff.

This is the first request for an adjournment. The Plaintiff will file for default judgment within 45 days.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ David Force*
David Force, Esq.

cc: All Counsel of Record via ECF