

YAAKOV SAKS▲∗
JUDAH STEIN▲
RAPHAEL DEUTSCH ^
RACHEL DRAKE ■
DAVID FORCE ▲

▲ NJ & NY Bar Admissions
∗ CT & NJ Bar Admissions
■ NJ Bar Admission
Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, NH, MI, CT, AR, TN

285 Passaic Street, Hackensack, NJ 07601 · tel: 201.282.6500 · fax: 201.282.6501 · www.steinsakslegal.com

February 18, 2020

**Via CM/ECF**
The Honorable George B. Daniels
United States District Court
Southern District of New York

> **SO ORDERED**
>
> The initial conference is adjourned from February 19, 2020 to April 15, 2020 at 9:30 a.m.
>
> *George B. Daniels*
> HON.

    Re:    <u>Reid vs AC&CG LLC</u>
             Case #: 1:19-cv-07363-GBD

Dear Judge Daniels:

We represent the plaintiff in the above matter. We write to respectfully request that the initial conference currently scheduled for February 19, 2020 at 9:30am be adjourned. The Defendant is in default and has not made contact at all with Plaintiff.

The Plaintiff will file for default judgment within 15 days, and or dismiss the matter.

We thank Your Honor and the Court for its kind considerations and courtesies.

                                          Respectfully submitted,

                                          *s/ David Force*
                                          David Force, Esq.

cc:    All Counsel of Record via ECF