**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

VALENTIN REID,

                        Plaintiff,

          -against-

AG&CG LLC,

                        Defendant.

------------------------------------------x

ORDER

19 Civ. 7363 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 15, 2020 conference is adjourned to June 17, 2020 at 9:30 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE