UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 8 2020
```

------------------------------------- x

VALENTIN REID, *on behalf of himself and all others similarly situated*,

                                  Plaintiff,

      -against-

AG&CG LLC,

                                  Defendant.

------------------------------------- x

ORDER

19 Civ. 7363 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The initial conference is adjourned from June 17, 2020 to September 9, 2020 at 9:30 am.

Dated: New York, New York
       June 8, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge